Commonwealth ex rel. Johnson, Appellant, *v.*
Russell.

Submitted June 14,
1965. *Raymond E. Johnson,* appellant, in propria per-
sona; *Joseph M. Smith,* Assistant District Attorney,
*F. Emmett Fitzpatrick, Jr.,* First Assistant District
Attorney, and *James C. Crumlish, Jr.,* District Attor-
ney, for appellee.

Order affirmed.

Commonwealth ex rel. Kelly, Appellant, *v.*
Myers.

Submitted June 14, 1965. *Robert
Kelly,* appellant, in propria persona; *Ralph J. Alt-
house, Jr.,* Assistant District Attorney, and *W. Rich-
ard Eshelman,* District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Lamborn, Appellant, *v.*
Maroney.

Submitted
June 14, 1965. *Carl W. Lamborn,* appellant, in propria
persona; *Wilson Bucher,* District Attorney, for appel-
lee.

Order affirmed.